# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | |
|---|---|
| JUANITA La NETT McKENZIE, | * |
| Plaintiff, | * |
| v. | * No. 2:18CV00101-SWW-JJV |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

IT IS SO ORDERED this 24th day of May, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE