IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| JUANITA La NETT McKENZIE, | |
| Plaintiff, | |
| v. | No. 2:18CV00101-SWW-JJV |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 24th day of May, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE